DMITRY TOLCHINSKY ET AL. *v.* TOWN OF EAST
LYME ET AL.
(AC 16733)

Schaller, Hennessy and Daly, Js.

Argued December 16, 1997—officially released January 13, 1998

Per Curiam. The judgment is affirmed.

OLDEFIELD FARMS HOMEOWNERS ASSOCIATION,
INC. *v.* LAD DEVELOPMENT CORPORATION ET AL.
(AC 16077)

Lavery, Landau and Daly, Js.

Argued December 16, 1997—officially released January 13, 1998

Per Curiam. The judgment is affirmed.

NEIL JOHNSON *v.* STATEWIDE GRIEVANCE
COMMITTEE
(AC 16846)

O'Connell, C. J., and Lavery and Landau, Js.

Argued December 16, 1997—officially released January 13, 1998

Per Curiam. The judgment is affirmed.